**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-6088

CHARLES PROPST,

             Petitioner - Appellant,

        v.

JOHN OWENS, Warden,

             Respondent - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Henry F. Floyd, District Judge.
(3:09-cv-03237-HFF)

Submitted: September 29, 2011      Decided: October 5, 2011

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Propst, Appellant Pro Se.   Marshall Prince, II,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Propst, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Propst v. Owens, No. 3:09-cv-03237-HFF (D.S.C. Nov. 30, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED